# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARQUE GARDELEY, | Case No. 3:24-CV-00234-ART-CLB |
| Plaintiff, | **ORDER FOR EXPEDITED BRIEFING** |
| v. | [ECF No. 31] |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

On February 12, 2026, Defendants filed a motion to extend the deadline to file dispositive motions. (ECF No. 31.) The Court finds that expedited briefing on this matter is appropriate. Accordingly, Plaintiff shall file a response by no later than **5:00 PM on Friday, February 20, 2026**. Any reply will be due by no later than **5:00 PM on Tuesday, February 24, 2026**.

**IT IS SO ORDERED.**

**DATED**: February 13, 2026.

**UNITED STATES MAGISTRATE JUDGE**