# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

MARQUE GARDELEY,

Plaintiff,

v.

JAMES DZURENDA, *et al.*,

Defendants.

Case No. 3:24-CV-00234-ART-CLB

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

[ECF No. 42]

Before the Court is Plaintiff Marque Gardeley's motion for extension of the deadline to respond to Defendants' motion for summary judgment, (ECF No. 36), by 14 days. (ECF No. 42.) Good cause appearing, Plaintiff's motion for extension of time, (ECF No. 42), is **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's response to Defendants' motion is due on or before **Tuesday, April 21, 2026**, and Defendants' reply is due on or before **Tuesday, May 5, 2026**.

**DATED**: April 7, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**