**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARQUE GARDELEY,<br><br>                              Plaintiff,<br><br>    v.<br><br>JAMES DZURENDA, *et al.*,<br><br>                              Defendants. | Case No. 3:24-CV-00234-ART-CLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 44] |

Currently pending before the Court is Plaintiff Marque Gardeley's ("Gardeley") motion to extend the deadline for him to respond to Defendants' motion for summary judgment by 14 days. (ECF No. 44.) Good cause appearing, Gardeley's motion is **GRANTED**. Gardeley's response to Defendants' motion for summary judgment is due on or before **Tuesday, May 5, 2026**. No further extensions of time will be granted absent extraordinary circumstances.

**IT IS SO ORDERED**.

**DATED**: April 24, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**