**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

MARQUE GARDELEY,

                     Plaintiff,

    v.

JAMES DZURENDA, *et al.*,

                     Defendants.

Case No. 3:24-CV-00234-ART-CLB

**ORDER STRIKING NOTICE**

[ECF No. 47]

On May 5, 2026, Plaintiff Marque Gardeley ("Gardeley") filed a notice to Defendant's Attorney indicating Gardeley would like to discuss settlement of the case. (ECF No. 47.) This notice is improper and is stricken.

The notice violates the Court's General Order No. 2021-05 ("GO 2021-05"), which sets forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. That order specifies that "[p]arties must not file 'notices' or 'letters' with the Court unless it is to notify the Court of procedural changes such as changes of address or notices of a change in counsel." GO 2021-05 § 3(d).

If Gardeley seeks to discuss settlement with Defendants in this case, he must contact counsel for Defendants directly, *without* filing anything on the docket. To the extent Gardeley is seeking a global settlement including other cases, he should contact counsel for Defendants in those cases as well. Furthermore, if the parties would like the Court to conduct a settlement conference, they are directed to file a joint stipulation for a *status conference* with the undersigned to discuss setting a settlement conference.

Accordingly, the Court **STRIKES** the above-referenced document, (ECF No. 47), and instructs Gardeley to refrain from filing improper notices on the docket in the future.

**DATED:** May 6, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**