UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARQUE GARDELEY,

Plaintiff,

v.

JAMES DZURENDA, et al.,

Defendants.

Case No. 3:24-cv-00234-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

(ECF Nos. 36, 52.)

Currently pending before the Court is Defendants' motion for summary judgment on Plaintiff Marque Gardeley's disability discrimination, equal protection, and First Amendment claims against them. Magistrate Judge Carla Baldwin issued a report and recommendation ("R&R") recommending that summary judgment be granted in full. (ECF No. 52.) Plaintiff did not object.

Under the Federal Magistrates Act, a Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Judge Baldwin concluded that Plaintiff's Americans with Disabilities Act claim failed because the parties agreed that he caused the breakdown in the accommodations process, that his equal protection claim failed because reading materials for a Black audience were either provided to him or denied for race-neutral reasons, and that his First Amendment claim failed because there was

no evidence of a policy prohibiting inmates from having publications for a Black audience. The deadline for Plaintiff to object passed on July 15, 2026. Plaintiff has not objected. The Court therefore adopts Judge Baldwin's R&R in full without review.

**Conclusion**

IT IS THEREFORE ORDERED that Judge Baldwin's report and recommendation is ADOPTED. (ECF No. 52.)

IT IS FURTHER ORDERED that Defendants' motion for summary judgment is GRANTED. (ECF No. 36.)

The Clerk of Court is kindly directed to enter judgment in favor of Defendants and close the case.

DATED: August 18, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE